FORM 3. Notice of Appeal from the United States Court of International Trade — Form 3 July 2020

## UNITED STATES COURT OF INTERNATIONAL TRADE

Royal Brush Manufacturing, Inc. _____, **Plaintiff,**

v.

United States _____, **Defendant.**

Case No. __19-cv-00198__

### NOTICE OF APPEAL

Notice is hereby given that the following party/parties* __Royal Brush Manufacturing, Inc.__ in the above-named case hereby appeal(s) to the United States Court of Appeals for the Federal Circuit the final judgment or an order entered in this action on __10/29/2021__.

Date: __11/29/2021__          Signature: __R. A. Oleynik__ (signed)

Name: __Ronald A. Oleynik__
Address: __Holland & Knight LLP__
__800 17th Street NW Suite 1100__
__Washington, DC 20006-3962__
Phone Number: __202.457.7183__
Email Address: __ron.oleynik@hklaw.com__

*See Fed. R. App. P. 3(c) for permissible ways of identifying appellants.