Case 1:19-cv-00198-MAB Document 80 Filed 09/22/2023 Page 1 of 1
Case: 22-1226   Document: 85   Page: 1   Filed: 09/22/2023

# United States Court of Appeals for the Federal Circuit

---

**ROYAL BRUSH MANUFACTURING, INC.,**
*Plaintiff-Appellant*

v.

**UNITED STATES, DIXON TICONDEROGA COMPANY,**
*Defendants-Appellees*

---

2022-1226

---

Appeal from the United States Court of International Trade in No. 1:19-cv-00198-MAB, Chief Judge Mark A. Barnett.

---

**MANDATE**

---

In accordance with the judgment of this Court, entered August 1, 2023, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

September 22, 2023
Date

/s/ Jarrett B. Perlow
Jarrett B. Perlow
Clerk of Court