**UNITED STATES COURT OF INTERNATIONAL TRADE**

ROYAL BRUSH MANUFACTURING,
INC.,

      Plaintiff,

      v.

UNITED STATES,

      Defendant,

      and

DIXON TICONDEROGA CO.,

      Defendant-Intervenor.

Before: Mark A. Barnett, Chief Judge
Court No. 19-00198

**JUDGMENT**

    The court, after due deliberation, having rendered a decision herein; now therefore, in conformity with said decision, it is hereby **ORDERED** that this action is **DISMISSED**.

/s/     Mark A. Barnett
Mark A. Barnett, Chief Judge

Dated: December 15, 2023
      New York, New York